IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VALERIE ELIZONDO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-1109-FB |
| | § | |
| VIA METROPOLITAN TRANSIT POLICE STATION and BRANDON TAMAYO, | § § | |
| | § | |
| *Defendants*. | § | |

## ORDER OF TRANSFER AND REASSIGNMENT TO THE DOCKET OF THE HONORABLE MICAELA ALVAREZ

Before the Court is the status of the above styled and numbered cause.

IT IS HEREBY ORDERED that the above styled and numbered cause is TRANSFERRED and REASSIGNED from the docket of the undersigned to the docket of the Honorable Micaela Alvarez, Senior United States District Judge for the Western District of Texas, San Antonio Division.

It is so ORDERED.

SIGNED this 31st day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE