**FILED**
January 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VALERIE ELIZONDO, § | |
| § | |
| Plaintiff, § | |
| v. § | 5:25-CV-01109-MA |
| § | |
| VIA METROPOLITAN TRANSIT § | |
| POLICE STATION and BRANDON § | |
| TAMAYO, § | |
| § | |
| Defendants. § | |

**ORDER**

The Court now considers the status of this case. Plaintiff commenced this case on September 4, 2025.[1] More than 90 days have passed, and Plaintiff has neither filed affidavits of service nor has any Defendant appeared in this action.

Accordingly, the Court hereby **ORDERS** Plaintiff to **SHOW CAUSE within five (5) days** of this Order why this action should not be dismissed without prejudice due to her failure to effect service in accordance with Federal Rule of Civil Procedure 4(m). Failure to respond to this Order may result in dismissal of this action without further notice.

IT IS SO ORDERED.

DONE this 5th day of January, 2026, in San Antonio, Texas.

_____
MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 1.