IN UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VALERIE ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Cause No.: 5:25-CV-01109-MA** |
| | § | |
| VIA METROPOLITAN TRANSIT POLICE | § | |
| STATION AND BRANDON TAMAYO, | § | |
| | § | |
| Defendants, | § | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW,** VALERIE ELIZONDO, Plaintiff in the above-entitled and captioned cause, and files her Response to the Court's Order dated January 5, 2026 (ECF 6), and would respectfully show the Court as follows:

1.     This case has been on file since September 4, 2025.

2.     On January 8, 2026, Plaintiff filed Requests for Summons for Defendants. ECF 7. During this time, Plaintiff has experienced difficulty in locating and confirming: (1) the correct registered agent and service address for the Defendant VIA Metropolitan Transit Police; and (2) a valid residential or business address for the Defendant Brandon Tamayo.

3.     Plaintiff reasonably expects for Defendants to be served within thirty (30) days of the date of the filing of this Response.

4.      Plaintiff respectfully requests that the Court grant Plaintiff additional time to serve Defendants as dismissal, even without prejudice, would forever bar Plaintiff from prosecuting her claims due to the statute of limitations.

5.      In the interest of justice, Plaintiff respectfully requests that the Court accept Plaintiff's Response and keep this case on the docket.

6.      Defendants will not be prejudiced in any way by the Court's allowance of additional time for Plaintiff to serve Defendants. Plaintiff again reassures the Court that she will diligently work to serve Defendants.

**ACCORDINGLY,** Plaintiff respectfully requests that the Court maintain this case on its docket and allow Plaintiff additional time to serve Defendants.

Respectfully submitted,

**CAL MUNDELL LAW FIRM, P.L.L.C.**
1520 N. Campbell St.
El Paso, Texas 79902
Phone: (915) 250-0700
Fax: (915) 250-0087
Email: cal@calmundelllaw.com


By:     */s/ Cal Mundell*
        **Cal Mundell**
        Texas State Bar No. 24109059

        Attorney for Plaintiff

2