**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **VALERIE ELIZONDO,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Civil Case No. 5:25-cv-01109-MA** |
| | § | |
| **VIA METROPOLITAN TRANSIT** | § | |
| **POLICE STATION AND BRANDON** | § | |
| **TAMAYO,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

On this day the Court considered Defendants VIA Metropolitan Transit Police Station and Brandon Tamayo's Rule 12(b) Motion to Dismiss Plaintiff's Complaint and Demand for Jury Trial [Dkt.1]. Having considered all the pleadings and arguments, the Court finds that Defendants VIA Metropolitan Transit Police Station and Brandon Tamayo's Motion should be granted.

IT IS THEREFORE ORDERED that Defendants VIA Metropolitan Transit Police Station and Brandon Tamayo's Rule 12(b) Motion to Dismiss Plaintiff's Complaint and Demand for Jury Trial [Dkt.1] is GRANTED. All of Plaintiff's claims are hereby dismissed against Defendants VIA Metropolitan Transit Police Station and Brandon Tamayo in their entirety.

Signed this the _____ day of _____, 2026.

_____
PRESIDING JUDGE

PREPARED BY:

BOJORQUEZ LAW FIRM, PC
11675 Jollyville Road, Suite 300
Austin, Texas 78759
(512) 250-0411
(512) 250-0749 (Facsimile)

By: _____

      SCOTT M. TSCHIRHART
      State Bar No. 24013655
      scott@texasmunicipallawyers.com

*Attorneys for Defendants VIA Metropolitan Transit Police Station and Brandon Tamayo*