**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **VALERIE ELIZONDO,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Civil Case No. 5:25-cv-01109-MA** |
| | § | |
| **VIA METROPOLITAN TRANSIT** | § | |
| **POLICE STATION AND BRANDON** | § | |
| **TAMAYO,** | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANTS'**
**OPPOSED MOTION TO STAY DISCOVERY**

On this day the Court considered Defendants VIA Metropolitan Transit Police Station and Brandon Tamayo's Opposed Motion to Stay Discovery and, having considered all the pleadings and arguments, finds that Defendants' Motion should be granted.

IT IS THEREFORE ORDERED that Defendants VIA Metropolitan Transit Police Station and Brandon Tamayo's Opposed Motion to Stay Discovery is GRANTED.

All discovery in this case is hereby stayed until the Court rules on Defendants' Motion to Dismiss Plaintiff's Complaint and Demand for Jury Trial [Dkt.14], asserting qualified immunity for Defendant Officer Brandon Tamayo.

Signed this the _____ day of _____, 2026.


_____
PRESIDING JUDGE

PREPARED BY:

BOJORQUEZ LAW FIRM, PC
11675 Jollyville Road
Suite 300
Austin, Texas 78759
(512) 250-0411
(512) 250-0749 (Facsimile)


By:    _____

     SCOTT M. TSCHIRHART
     State Bar No. 24013655
     scott@texasmunicipallawyers.com

*Attorneys for Defendants VIA Metropolitan Transit*
*Police Station and Brandon Tamayo*