IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VALERIE ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Cause No.: 5:25-CV-01109-MA** |
| | § | |
| VIA METROPOLITAN TRANSIT POLICE | § | |
| STATION AND BRANDON TAMAYO, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** VALERIE ELIZONDO, Plaintiff in the above-entitled and captioned cause, and files this Notice of Nonsuit Without Prejudice, and would respectfully show the Court as follows:

**I.**

Plaintiff hereby gives notice to the Court, and to all Parties to this suit, that she is taking a nonsuit of her causes of action against Defendants Via Metropolitan Transit Police Station and Brandon Tamayo, without prejudice, effective immediately on the filing of this notice.

Doc ID: 313ca90d278208a577ffd3c923b38ea1934fd47e

Respectfully submitted,

CAL MUNDELL LAW FIRM, P.L.L.C.
1520 N. Campbell St.
El Paso, Texas 79902
Phone: (915) 250-0700
Fax: (915) 250-0087
Email: cal@calmundelllaw.com


By:    /s/ Cal Mundell
       **Cal Mundell**
       Texas State Bar No. 24109059

       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, **Cal Mundell**, certify that on this 19th day of February 2026, a true and correct copy of the foregoing has been served on all known counsel of record in accordance with the Texas Rules of Civil Procedure as follows:

scott@texasmunicipallawyers.com
Mr. Scott M. Tschirhart
Bojorquez Law Firm, PC
11675 Jollyville Road, Suite 300
Austin, Texas 78759

                              /s/ Cal Mundell
                              **Cal Mundell**

2

Doc ID: 313ca90d278208a577ffd3c923b38ea1934fd47e



**CAL MUNDELL**
—— INJURY LAW ——

1520 N. Campbell St., El Paso, Texas 79902
915.250.0700 ☎
915.250.0087 📠
cal@calmundelllaw.com ✉
calmundelllaw.com 🌐

February 19, 2026

*Via Certified Mail—Return Receipt Requested*
*Via Email: pamelamartinez4321@gmail.com*
Ms. Valerie Elizondo
1721 N. Flores St.
San Antonio, Texas 78212

Re:    *Valerie Elizondo v. VIA Metropolitan Transit Police Station and Brandon Tamayo* (Cause No. 5:25-CV-01109); pending in the United States District Court for the Western District of Texas, San Antonio Division

### LETTER OF DISENGAGEMENT OF REPRESENTATION

Dear Ms. Elizondo:

This letter will confirm our most recent telephone conversation. You have expressed that you no longer wish for our office to represent you for the personal injuries that you sustained on or about September 5, 2023.

As you know, your case was filed in the United States District Court for the Western District of Texas, San Antonio Division (Cause No. 5:25-CV-01109). You have also requested that this Firm nonsuit, or dismiss, this lawsuit. You were advised that a dismissal of this lawsuit would forever bar you from pursuing any claims against any person and/or entity for the personal injuries that you sustained on September 5, 2023.

You were also advised to seek the opinion of an additional lawyer. Despite this, you have still requested that this Firm nonsuit, or dismiss, your lawsuit against VIA Metropolitan Police Station and Brandon Tamayo. Accordingly, this Firm intends to file the enclosed "Notice of Nonsuit." The filing of this "Notice of Nonsuit" will serve as a dismissal of the lawsuit and you will never be able to re-file or re-assert your claims, due to the statute of limitations, which has already passed in this case. You acknowledged complete and full understanding of this and requested that this Firm proceed to dismiss your lawsuit.

If this letter accurately describes our conversation, and if it is your intent to have this Firm dismiss the above-referenced lawsuit, please sign and return the below. Upon receiving this executed document, this Firm will file the enclosed "Notice of Nonsuit," which, again, will dismiss the entirety of your claims against VIA Metropolitan Police Station and Brandon Tamayo.

Doc ID: 313ca90d278208a577ffd3c923b38ea1934fd47e

A copy of your file will be available at our office for pickup at no cost to you, should you wish for a copy. It can also be emailed at your request.

We thank you for your trust and wish you the best. Please let us know if anything else is needed in the future.

Respectfully submitted,

/s/ *Cal Mundell*

Cal Mundell

**AGREED AND ACCEPTED IN FULL:**

_____

**Valerie Elizondo**

2

Doc ID: 313ca90d278208a577ffd3c923b38ea1934fd47e